O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01084 AHM (MANx) | Date | March 23, 2009 |
|---|---|---|---|
| Title | PATRICK CARDEN, *et al.* v. COUNTRYWIDE HOME LOANS, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

Defendants Countrywide Home Loans, Inc. and Recontrust Co., N.A. have filed a motion to dismiss the complaint or, alternatively, to strike portions of the complaint, pursuant to Fed. R. Civ. P. 12(b)(6), 9(b), and 12(f). Plaintiffs, who are proceeding *pro se*, have not filed an opposition. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12. Moreover, on its face the motion appears to be meritorious, as the complaint fails to provide notice of the factual bases for Plaintiffs' claims. The motion to dismiss is GRANTED with leave to amend.[1] Any First Amended Complaint must be filed by not later than April 13, 2009. Failure to timely file an amended complaint will result in dismissal of this action with prejudice.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 6.